**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| Samuel Bruss, | ) | |
| | ) | **ORDER FOR MID-DISCOVERY** |
| Plaintiff, | ) | **STATUS CONFERENCE** |
| | ) | |
| v. | ) | |
| | ) | |
| P.S. Hellandsaas Enterprises, Inc. d/b/a | ) | |
| Tobacco Gardens Resort & Marina, | ) | |
| | ) | Case No. 1:24-cv-00243 |
| Defendant. | ) | |

**IT IS ORDERED**:

A mid-discovery status conference will be held on July 21, 2025, at 10:00AM before the magistrate judge by telephone.  To participate in the conference, the parties shall call (571) 353-2301 and enter "Call ID" 292466149.  The conference may be recorded for the convenience of the court.

Dated this 10th day of February, 2025.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court