## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Samuel Bruss, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| P.S. Hellandsaas Enterprises, Inc. d/b/a Tobacco Gardens Resource & Marina, | ) ) ) | Case No. 1:24-cv-243 |
| | ) | |
| Defendant. | ) | |

Pursuant to it discussion with the parties during a telephone conference on February 23, 2026, the court **ORDERS**:

(1)  the final pretrial conference on September 15, 2026, shall be rescheduled for April 6, 2027, at 9:00 AM by telephone before the magistrate judge. To participate in the conference, the parties shall call (571) 353-2301 and enter 292466149 followed by # when prompted for the "Call ID;" and

(2)  The jury trial on September 28, 2026, shall be rescheduled for April 19, 2027, at 9:00 AM in Bismarck (Eagle Courtroom) before the Hon. Daniel L. Hovland. A five (5) day trial is anticipated.

Dated this 23rd day of February, 2026.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court